# United States Bankruptcy Court
## District of Utah

In re  **Food For Health International, LLC**                          Case No.  **18-23404**
                              Debtor(s)                                 Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Food For Health International, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Mountain Labs Holdings, LLC**
**3250 West Professional Circle**
**Salt Lake City, UT 84104**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 11, 2018** | **/s/ Jeremy C. Sink** |
| Date | **Jeremy C. Sink** |
| | Signature of Attorney or Litigant |
| | Counsel for **Food For Health International, LLC** |
| | **McKay, Burton & Thurman, P.C.** |
| | **15 West South Temple** |
| | **Suite 1000** |
| | **Salt Lake City, UT 84101** |
| | **801-521-4135 Fax:801-521-4252** |