Fill in this information to identify the case:

Debtor name: **Food For Health International, LLC**
United States Bankruptcy Court for the: **DISTRICT OF UTAH**
Case number (if known): **18-23404**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Mc Dougal Loan<br>404 S Murdock Dr<br>Pleasant Grove, UT 84062 | David<br><br>801-362-6170 | Loan | | | | $4,609,000.00 |
| Priscilla Davis Irrevoc Trust Loan<br>825 East 800 North<br>Orem, UT 84097 | Frank<br><br>801-427-5451 | Loan | | $1,790,605.00 | $0.00 | $1,790,605.00 |
| U.S. Custom & Border Protection<br>6650 Telecom Drive, Suite 100<br>Indianapolis, IN 46278 | | Tariff | Disputed | | | $1,441,462.33 |
| FFH Holdings<br>1215 North Warson Road<br>Saint Louis, MO 63132 | | Loan | | | | $1,172,000.00 |
| American Biotech Labs, LLC<br>705 E. 50 S.<br>American Fork, UT 84003 | 801-756-1000 | Product Costs | | | | $577,679.00 |
| MTC Industries, Inc.<br>255 Oser Ave.<br>Hauppauge, NY 11788 | Rodger<br><br>631-274-4818 | Product Costs | | | | $420,953.00 |
| (LOC) Zions Bank<br>180 North University Ave<br>Suite 300<br>Provo, UT 84601 | Natalie Bass<br><br>natalie.bass@zionsbank.com | 6 Crown forklifts, 12 Douglas batteries, 6 Crown chargers, pallet racking system. | | $376,081.00 | $0.00 | $376,081.00 |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132 | mxarmstrong@ups.com | Business debt | | | | $365,184.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Food For Health International, LLC**
Name

Case number *(if known)* **18-23404**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pawnee Leasing Corporation** 3801 Automation Way #207 Fort Collins, CO 80525 | | - (1) encapsulator with metal detection (value $115,818 at initial signing, balance at 2/28 - $99,924.93); (2) bottle capper (value $25,000 at initial | | $364,060.16 | $0.00 | $364,060.16 |
| **American Express** US Payment Florida 2965 West Corporate Lakes Blvd Dallas, TX 75265-0448 | 888-800-8564 | **Business debt** | | | | $346,581.00 |
| **Stauber Performance Ingredient** 4120 N Palm Street Fullerton, CA 92835 | **Monica** 741-441-3900 | **Product Costs** | | | | $304,771.00 |
| **Jim K. Phillips** 652 South 1050 East Orem, UT 84097 | | **Loan** | | | | $300,000.00 |
| **Maypro Industries. LLC** 2957 Westchester Ave Purchase, NY 10577 | | **Business debt** | | | | $257,863.00 |
| **Anderson Global Group** 2030 Main Street Suite# 430 Irvine, CA 92614 | 949-502-4770 | **Product Costs** | | | | $255,022.00 |
| **PowderPure** 250 Steelhead Way The Dalles, OR 97058 | **Maggie** 541-298-4800 | **Product Costs** | | | | $246,596.00 |
| **Kruse Landa Maycock & Ricks** Twenty-First Floor 136 East South Temple Salt Lake City, UT 84145 | 801-531-7090 | **Professional Fees** | | | | $185,924.00 |
| **Premier Employee Solutions** PO Box 731107 Dallas, TX 75373 | 801-830-0134 | **Contract Expenses** | | | | $145,130.00 |

Debtor **Food For Health International, LLC**  Case number *(if known)* **18-23404**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bi Nutraceuticals Inc** 2550 El Presidio Street Long Beach, CA 90810 | 310-669-2109 | **Product Costs** | | | | $144,703.00 |
| **AF Bank Equipment Loan (Bank of American** 1280 South 800 East Orem, UT 84097 | | **Loan** | | | | $130,649.00 |
| **Capsugel US, LLC** 535 No. Emerald Rd. Greenwood, SC 29646 | | **Product Costs** | | | | $109,426.00 |