**Fill in this information to identify the case:**

Debtor name    **Food For Health International, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **18-23404**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 25, 2018**          X */s/ Albert Altro*
                                         Signature of individual signing on behalf of debtor

                                         **Albert Altro**
                                         Printed name

                                         **Chief Restructing Officer**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Food For Health International, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **18-23404**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $ _____ **2,074,612.94**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $ _____ **2,074,612.94**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **7,461,678.81**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ **65,595.58**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____ **12,313,184.22**

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b    $ _____ **19,840,458.61**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Food For Health International, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **18-23404**

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | "Bank of American Fork 1280 South 800 East Orem, UT  84097 | **Checking** | 5911 | $0.00 |
| 3.2. | "Bank of American Fork 1280 South 800 East Orem, UT  84097 | | 3197 | $0.00 |
| 3.3. | Bank of American Fork EFoods Merchant Account | **Merchant Account** | | $4,082.45 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $4,082.45 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Food For Health International, LLC** | Case number *(If known)* **18-23404** |
|---|---|---|
| | Name | |

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    847,635.00    -    169,527.00    = ....    $678,108.00
face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $678,108.00

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw materials | | $0.00 | Liquidation | $516,455.00 |
| 20. | **Work in progress** Work in progress | | $0.00 | Liquidation | $53,539.49 |
| 21. | **Finished goods, including goods held for resale** Finished goods | | $0.00 | Liquidation | $495,313.00 |
| 22. | **Other inventory or supplies** Packaging materials | | $0.00 | Liquidation | $29,427.00 |

23.    **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.    $1,094,734.49

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    **0**    Valuation method    Current Value    **0**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Food For Health International, LLC**                    Case number *(If known)*  **18-23404**
　　　　　　Name

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　　■ No.  Go to Part 7.
　　☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　　■ No.  Go to Part 8.
　　☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

　　☐ No.  Go to Part 9.
　　■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.　Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.　Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.　Aircraft and accessories** | | | |
| **50.　Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See Schedule D and "Response to Question<br>50" attached hereto<br>Also see Global Notes** | $501,676.00 | Liquidation | $127,188.00 |

| | | |
|---|---|---|
| **51.　Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | | $127,188.00 |

**52.　Is a depreciation schedule available for any of the property listed in Part 8?**
　　☐ No
　　■ Yes

**53.　Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　■ No
　　☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

　　■ No.  Go to Part 10.
　　☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Food For Health International, LLC**                    Case number *(If known)* **18-23404**
        Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**See "Response to Question 47 and 50" attached hereto**<br>**Prepaid Rent** | $170,500.00 |

| 78.    **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $170,500.00 |
| --- | --- |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Food For Health International, LLC**                    Case number *(If known)*  **18-23404**
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$4,082.45** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$678,108.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$1,094,734.49** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$127,188.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$170,500.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$2,074,612.94** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$2,074,612.94** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Food For Health International, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **18-23404**

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | **Bank of American Fork** | Describe debtor's property that is subject to a lien | **$100,692.72** | **Unknown** |
| --- | --- | --- | --- | --- |

| Creditor's Name | |
| --- | --- |

**2 HORIZONTAL FORM FILL MANUFACTURING LINES SERIAL NUMBERS: #1-H2014393 IMF 9-12 AND #2-H2014394 IMF 9-12**

**P. O. Box 307**
**American Fork, UT 84003**

Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Bank of American Fork** | Describe debtor's property that is subject to a lien | $98,813.41 | $4,082.45 |
| --- | --- | --- | --- | --- |

Creditor's Name
**Attn: Dale Gunther**
**P. O. Box 307**
**American Fork, UT 84003**

**Bank of American Fork**
**EFoods Merchant Account**
**Merchant Account**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**ip88,3636;uto9,977**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | Food For Health International, LLC | Case number (if know) | 18-23404 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | CT Corporation System | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**330 N. Brand Blvd, Suite 700**
**Glendale, CA 91206-3000**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | Everbank Commercial Finance Inc. | Describe debtor's property that is subject to a lien | $60,540.52 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Nutanix computing platform, new server for ERP system**

**PO Box 911608**
**Denver, CO 80291-1608**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Mc Dougal Loan | Describe debtor's property that is subject to a lien | $4,609,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**404 S Murdock Dr**
**Pleasant Grove, UT 84062**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No

---

| Debtor | **Food For Health International, LLC** | | Case number (if known) | **18-23404** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **Pawnee Leasing Corporation** | Describe debtor's property that is subject to a lien | **$364,060.16** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | - (1) encapsulator with metal detection (value $115,818 at initial signing, balance at 2/28 - $99,924.93); (2) bottle capper (value $25,000 at initial signing; balance at 2/28 - $23,317.23); (3) encapsulator (agreement just recently finaliz | | |

**3801 Automation Way #207
Fort Collins, CO
80525-3434**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **Priscilla Davis Irrevoc Trust Loan** | Describe debtor's property that is subject to a lien | **$1,790,605.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | - | | |

**825 East 800 North
Orem, UT 84097**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Food For Health International, LLC | | Case number (if know) | 18-23404 |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Sundance Debt Partners – Lion Energy** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1508 North Technology Way
Bldg G, Suite 0100
Orem, UT 84097**

Creditor's mailing address

**Describe the lien**
**UCC-1 Lion Energy Membership Interest**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.9 | **Thermofisher Financial Services** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**NICOLET IS50 FTIR ADVANCED XT-KBR GOLD SPECTROMETER, NICOLET IS50 ENGLISH LANGUAGE KIT, POWER CORD NORTH AMERICAN 120V, 3 CONDUCTOR, IS50 GOLD DUAL PASSPORT MIRROR ASSEMBLY, IS50 BUILT-IN DIAMOND ATR MODULE, VALPRO/OMNIC DS NICOLET SERIES C**

**168 Third Ave
Waltham, MA 02451**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.10 | **US Bank Equipment Finance** | Describe debtor's property that is subject to a lien | $31,664.00 | Unknown |
|---|---|---|---|---|

Debtor    **Food For Health International, LLC**    Case number (if known)    **18-23404**
_____    _____
Name

| | |
|---|---|
| Creditor's Name | **ERP, SQL, IAF, EPM (business software)(value at signing - $262,780; balance at 2/28 - $26,627.79)** |
| **PO Box 790448** **Saint Louis, MO 63179** | |
| Creditor's mailing address | **Describe the lien** **Security Agreement** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | | |
|---|---|---|---|
| 2.1 1 | **Wells Fargo Equipment Fiance** | Describe debtor's property that is subject to a lien | **$30,222.00** | **Unknown** |
| | Creditor's Name | **6 Crown forklifts, 12 Douglas batteries, 6 Crown chargers, pallet racking system.** | |
| | **PO Box 7777** **San Francisco, CA 94120** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | | ☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | |
| | | ■ No | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its priority. | ☐ Unliquidated | |
| | | ☐ Disputed | |

| | | | |
|---|---|---|---|
| 2.1 2 | **Zions Bank** | Describe debtor's property that is subject to a lien | **$376,081.00** | **Unknown** |
| | Creditor's Name | **Inventory, Intangibles and Specified Equipement** | |
| | **180 North University Ave Suite 300** **Provo, UT 84601** | | |
| | Creditor's mailing address | **Describe the lien** **Security Agreement** | |
| | **natalie.bass@zionsbank.com** | **Is the creditor an insider or related party?** | |
| | Creditor's email address, if known | ■ No | |
| | | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |

Debtor   **Food For Health International, LLC**

Name

Case number (if know)   **18-23404**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $7,461,678.81

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

**Fill in this information to identify the case:**

Debtor name **Food For Health International, LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) **18-23404**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27,672.00** | **$5,600.00** |
| | Date or dates debt was incurred<br>**2012-2018** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **3428**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Salt Lake County Assessor**<br>**Personal Prope**<br>**2001 South State Street, #N2-600**<br>**P.O. Box 147421**<br>**Salt Lake City, UT 84114-7421** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37,923.58** | **$37,923.58** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Food For Health International, LLC** | | Case number (if known) | **18-23404** |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,363.00** |
|---|---|---|---|
| | **ABS Packaging** | ☐ Contingent | |
| | **1545 S. 4800 West** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number **2003** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,139.00** |
|---|---|---|---|
| | **Accountemps** | ☐ Contingent | |
| | **P.O. Box 743295** | ☐ Unliquidated | |
| | **Los Angeles, CA 90074** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number **4019** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,104.00** |
|---|---|---|---|
| | **AE & Sons, LLC** | ☐ Contingent | |
| | **391 W 370 S** | ☐ Unliquidated | |
| | **American Fork, UT 84003** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number **1718** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130,649.00** |
|---|---|---|---|
| | **AF Bank Equipment Loan (Bank of American** | ☐ Contingent | |
| | **1280 South 800 East** | ☐ Unliquidated | |
| | **Orem, UT 84097** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,226.00** |
|---|---|---|---|
| | **Airlite Plastics Co.** | ☐ Contingent | |
| | **6110 Abbott Dr.** | ☐ Unliquidated | |
| | **Omaha, NE 68110** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number **3079** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,600.00** |
|---|---|---|---|
| | **Altus Global Trade Solutions** | ☐ Contingent | |
| | **fbo Coface North America Insurance** | ☐ Unliquidated | |
| | **PO Box 1389** | ☐ Disputed | |
| | **Kenner, LA 70063** | | |
| | Date(s) debt was incurred **2018** | **Basis for the claim:** **File No. US-US/1804/54713** | |
| | Last 4 digits of account number **9803** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,025.00** |
|---|---|---|---|
| | **Ameri-Seal, Inc.** | ☐ Contingent | |
| | **21330 Superior St.** | ☐ Unliquidated | |
| | **Chatsworth, CA 91311** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number **4004** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Food For Health International, LLC** | | Case number (if known) | **18-23404** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577,679.00 |
|---|---|---|---|

**American Biotech Labs, LLC**
705 E. 50 S.
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product Costs**

Last 4 digits of account number  **1030**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346,581.00 |
|---|---|---|---|

**American Express**
US Payment Florida
2965 West Corporate Lakes Blvd
Dallas, TX 75265-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1041**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,314.00 |
|---|---|---|---|

**American Fruits & Flavors, LLC**
PO Box 331060
Pacoima, CA 91333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1434**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,508.00 |
|---|---|---|---|

**American International Chemical**
135 Newbury Street
Framingham, MA 01701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2093**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,508.00 |
|---|---|---|---|

**American International Chemical, Inc.**
135 Newbury Street
Framingham, MA 01701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2093**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,575.00 |
|---|---|---|---|

**Analytical Laboratories in Anaheim, Inc.**
2951 Saturn Street
Unit C
Brea, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **3007**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,745.00 |
|---|---|---|---|

**Anderson Daymon Worldwide**
PO Box 749486
Los Angeles, CA 90074-9486

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1045**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$255,022.00** |
|---|---|---|---|

**Anderson Global Group**
2030 Main Street
Suite# 430
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product Costs**

Last 4 digits of account number  **3083**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,839.00** |
|---|---|---|---|

**Aptean, Inc**
PO Box 95223
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1721**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,400.00** |
|---|---|---|---|

**Arla Foods Ingredients, Inc.**
106 Allen Rd.
Basking Ridge, NJ 07920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **4037**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Aspen Mills Bread Co.**
PO Box 3061
Ogden, UT 84409

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,560.00** |
|---|---|---|---|

**Axiom Foods**
12100 Wilshire Blvd  Suite 800
Los Angeles, CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1063**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,736.00** |
|---|---|---|---|

**B Davis Distributing, Inc.**
11579 S. County Farm Circle
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2095**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,736.00** |
|---|---|---|---|

**B Davis Distributing, Inc.**
11579 S. County Farm Circle
South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2095**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Food For Health International, LLC** | | Case number *(if known)* | **18-23404** |
| | Name | | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$720,809.41**

**B&B Packaging**
1215 N. Warson Rd
Saint Louis, MO 63132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  **Insider**

Last 4 digits of account number  __2024__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,209.00**

**Bank Card Center Zions Bank Credit Cards**
P.O. Box 30833
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$796.00**

**Barcode Labeling Systems**
1955 W Bending River Ct
Centerville, UT 84014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  __1091__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,191.00**

**Batory Foods**
PO Box 75162
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  __1011__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00**

**BDS Natural Products**
2779 El Presidio Street
Long Beach, CA 90810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  __3073__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ben Seeman**
745 Corte Cristal
San Marcos, CA 92069

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  __3039__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$144,703.00**

**Bi Nutraceuticals Inc**
2384 E Pacifica Place
Compton, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product Costs**

Last 4 digits of account number  __1085__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
| --- | --- | --- | --- |
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,330.00 |
| --- | --- | --- | --- |

**BioControl Systems, Inc.**
**12822 SE 32nd Street**
**Bellevue, WA 98005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2099**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,274.00 |
| --- | --- | --- | --- |

**Botanical Therapeutics, LLC**
**Dept. 78184**
**PO Box 78000**
**Detroit, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1040**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,817.54 |
| --- | --- | --- | --- |

**Brian C. Pearcy, Esq.**
**3890 Tenth Street, 3rd Floor**
**PO Box 1583**
**Riverside, CA 92502-1583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/2018**

Basis for the claim:  **Business debt**

Last 4 digits of account number  **8119**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,765.00 |
| --- | --- | --- | --- |

**Cabin-Tree Cabinets**
**PO Box 1244**
**Riverton, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1806**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,432.00 |
| --- | --- | --- | --- |

**California Packaging**
**845 N. Euclid Ave**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1157**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,162.00 |
| --- | --- | --- | --- |

**Canyon Plastics, Inc.**
**28455 Livingston Ave.**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **3094**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,607.00 |
| --- | --- | --- | --- |

**CapsCanada**
**PO Box 24556**
**24556 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1108**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109,426.00**

**Capsugel US, LLC**
**535 No. Emerald Rd.**
**Greenwood, SC 29646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product Costs**

Last 4 digits of account number  **1109**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,100.00**

**Cepham, Inc.**
**144 12th Street**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **3070**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**CHEP**
**File 749003**
**Los Angeles, CA 90074-9003**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1125**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Choosy Chocolates, LLC**
**2255 S. 5370 W.**
**West Valley City, UT 84120**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **4018**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,029.00**

**Cintas**
**Cintas LOC 180**
**PO Box 650838**
**Dallas, TX 75264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1132**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360.00**

**Codale Electric Supply, Inc**
**5225 W  2400 S**
**Salt Lake City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1139**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,597.00**

**Cohne Kinghorn**
**111 East Broadway, 11th Floor**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1480**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
|---|---|---|---|
| | Name | | |

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,200.00**

Cold As Ice
4282 W Open Crest Dr
South Jordan, UT 84009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **1826**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,224.00**

Columbia GEM House, Inc.
12507 NE 95th Street
Vancouver, WA 98682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **4036**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,389.00**

Covance Laboratories
PO Box 820511
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **1154**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$253.00**

Crown Lift Trucks
PO Box  641173
Cincinnati, OH 45264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **1164**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

David Leigh Ray Quinney
36 South State #1400
36 South State #1400
Salt Lake City, UT 84145

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$152.00**

DHL Global Forwarding
PO Box 742802
LockBox #5195
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **1847**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,489.00**

Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number **1205**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,836.00 |
|---|---|---|---|

**Ecuadorian Rainforest, LL**
25 Main Street
Building# 6
Belleville, NJ 07109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **3048**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ecuadorian Rainforest, LL**
25 Main Street
Building# 6
Belleville, NJ 07109

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **3039**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FedEx**
P.O. box 223125
Pittsburgh, PA 15251-2125

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1232**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,356.00 |
|---|---|---|---|

**Fenchem,  Inc.**
15308 El Padro Rd.
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**
**Payable to Maui Star**

Last 4 digits of account number  **3027**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,356.00 |
|---|---|---|---|

**Fenchem, Inc.**
15308 El Prado Rd.
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **3027**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,172,000.00 |
|---|---|---|---|

**FFH Holdings**
1215 North Warson Road
Saint Louis, MO 63132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Firetrol Protection Systems**
3696 West 900 South  Suite A
Salt Lake City, UT 84101

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2015**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Food For Health International, LLC** | | Case number (if known) | **18-23404** |
|---|---|---|---|---|

Name

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,151.00** |
|---|---|---|---|

**Firmenich Incorporated**
**250 Plainsboro Rd.**
**Plainsboro, NJ 08536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  3066**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,108.00** |
|---|---|---|---|

**Flexible Technologies**
**1275 S. 1600 W.**
**Orem, UT 84058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  3096**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,120.00** |
|---|---|---|---|

**FutureCeuticals**
**300 West 6th Street**
**Momence, IL 60954**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  1734**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Garuda International, Inc.**
**P.O. Box159**
**Exeter, CA 93221**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  1256**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,516.00** |
|---|---|---|---|

**Givaudan Flavors Corporation**
**1199 Edison Drive**
**Cincinnati, OH 45216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  3069**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,197.00** |
|---|---|---|---|

**Glanbia Nutritionals (NA) Inc**
**2840 Loker Ave E.**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  1258**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,263.00** |
|---|---|---|---|

**Globaltranz Enterprises, Inc.**
**PO Box 203285**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number  2005**

**Basis for the claim:  Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Food For Health International, LLC** | Case number *(if known)* | **18-23404** |
|---|---|---|---|
| | Name | | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Hatch, James & Dodge Law Offices**
**10 West Broadway**
**Suite 400**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number **4034**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,884.00** |
|---|---|---|---|

**Healthy Food Ingredients**
**849 14th Street SW**
**Valley City, ND 58072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number **3053**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,610.00** |
|---|---|---|---|

**Imaging Concepts**
**3785 S. 500 W.**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number **1309**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,517.00** |
|---|---|---|---|

**IMOV, LLC**
**825 East 800 North**
**Orem, UT 84097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number **3031**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,215.00** |
|---|---|---|---|

**Industrial Container**
**PO Box 26668**
**Salt Lake City, UT 84126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number **1301**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,100.00** |
|---|---|---|---|

**Ingredients by Nature**
**5555W. Brooks St.**
**Montclair, CA 91763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number **2013**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,549.00** |
|---|---|---|---|

**Intermountain Staffing**
**450 E. 1000 N**
**North Salt Lake, UT 84054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business debt__

Last 4 digits of account number **2000**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Jim K. Phillips**
**652 South 1050 East**
**Orem, UT 84097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00** |
|---|---|---|---|

**Kirton McKonkie**
**PO Box 45120**
**Salt Lake City, UT 84145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1991**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$185,924.00** |
|---|---|---|---|

**Kruse Landa Maycock & Ricks**
**Twenty-First Floor**
**136 East South Temple**
**Salt Lake City, UT 84145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1364**

Basis for the claim:  **Professional Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,446.00** |
|---|---|---|---|

**L.V. Lomas, Inc.**
**11850 SW 67th Ave.**
**Suite 110**
**Portland, OR 97223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3017**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,385.00** |
|---|---|---|---|

**Larkin Landscaping**
**PO Box 1344**
**Bountiful, UT 84011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1371**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Launch Sourcing, LLC.**
**2153 South Remington Avenue**
**Saratoga Springs, UT 84045**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3024**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,850.00** |
|---|---|---|---|

**LiquaDry**
**3000 N 7500 W.**
**Abrahm, UT 84635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1384**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Food For Health International, LLC**                                  Case number (if known)    **18-23404**
_____
Name

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,716.00** |
|---|---|---|---|

**Marburg Industries, Inc**
**1207 Activity Dr**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1985**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$257,863.00** |
|---|---|---|---|

**Maypro Industries. LLC**
**2957 Westchester Ave**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1955**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,500.00** |
|---|---|---|---|

**Maypro Industries. LLC**
**2975 Westchester Avenue**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1955**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$504.00** |
|---|---|---|---|

**McMaster-Carr Supply Co.**
**PO Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1417**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,408.00** |
|---|---|---|---|

**Medline Industires, Inc.**
**Dept 1080**
**PO Box 121080**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **3086**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Medline Industires, Inc.**
**Dept 1080**
**PO Box 121080**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **3086**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,560.00** |
|---|---|---|---|

**Michael Best & Freidrich LLP**
**170 S. Main St. Ste 1000**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **4022**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,965.00** |
| | **Midwest Laboratories Inc.** | ☐ Contingent | |
| | **13611 B Street** | ☐ Unliquidated | |
| | **Omaha, NE 68144** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __1413__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Motion Industries** | ☐ Contingent | |
| | **P.O. Box 98412** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __1423__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,585,407.00** |
| | **Mountain Labs Holding, LLC fka** | ☐ Contingent | |
| | **FFHI Acquisitions LLC** | ☐ Unliquidated | |
| | **3250 West Professional Circle** | ☐ Disputed | |
| | **Salt Lake City, UT 84104** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Insider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$420,953.00** |
| | **MTC Industries, Inc.** | ☐ Contingent | |
| | **255 Oser Ave.** | ☐ Unliquidated | |
| | **Hauppauge, NY 11788** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Product Costs__ | |
| | Last 4 digits of account number __3030__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,400.00** |
| | **NATAC** | ☐ Contingent | |
| | **2825 E. Cottonwood Pkwy** | ☐ Unliquidated | |
| | **Suite 500** | ☐ Disputed | |
| | **Salt Lake City, UT 84121** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __3087__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,998.00** |
| | **Neogen Corporation** | ☐ Contingent | |
| | **25153 Netwprk Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1251** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __2032__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,232.00** |
| | **Network Security Solutions** | ☐ Contingent | |
| | **1438 S. 1400 E.** | ☐ Unliquidated | |
| | **Spanish Fork, UT 84660** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Business debt__ | |
| | Last 4 digits of account number __1825__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
|---|---|---|---|
| | Name | | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nexation**
**3214 North University Avenue  Suite 351**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **4054**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nexira**
**15 Somerset Street**
**Somerville, NJ 08876**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1901**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**NP Nutra**
**15171 S. Figueroa St.**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1819**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,744.00 |
|---|---|---|---|

**NSF International**
**Dept Lockbox #771380**
**PO Box 77000**
**Detroit, MI 48227-1380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1870**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Nutraceutix**
**9609 153re Ave NE**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1454**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,035.00 |
|---|---|---|---|

**Packaging Corp of America**
**451 North 5600 West**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1486**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Palmer Chicago Investment Co.**
**c/o SB Management Corp.**
**433 N Camden Dr. Ste 800**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **2016**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
|---|---|---|---|
| | Name | | |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Phelps Dunbar, c/o David Patron**
**365 Canal Street, Suite 2000**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,590.00** |

**Philadelphia Macaroni Co**
**Emmitt Gardner**
**760 South 11th Street**
**Philadelphia, PA 19147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **1483**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246,596.00** |

**PowderPure**
**250 Steelhead Way**
**The Dalles, OR 97058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **1158**

Basis for the claim:  **Product Costs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123.00** |

**Pozzetta Supplies**
**3219 S. Platte River Dr.**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **4028**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,274.00** |

**Precision Truck and Trailer**
**1220 South Pioneer Rd**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **1507**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,130.00** |

**Premier Employee Solutions**
**PO Box 731107**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **1510**

Basis for the claim:  **Contract Expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,000.00** |

**Prince Perelson, LLC**
**2180 South 1300 East**
**Suite# 350**
**Salt Lake City, UT 84106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number  **4041**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
|---|---|---|---|
| | Name | | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Prinova US, LLC**
**36780 Eagle Way**
**Chicago, IL 60678-1367**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Business debt**

Last 4 digits of account number **1511**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,963.00 |
|---|---|---|---|

**ProcessOne Solutions, LLC**
**5714 Sandstone Ridge Rd.**
**Midlothian, VA 23112-6301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Business debt**

Last 4 digits of account number **3085**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pure Assay Ingredients, Inc.**
**4010 West Valley Blvd  Suite 104**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Business debt**

Last 4 digits of account number **2075**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,748.00 |
|---|---|---|---|

**Ray Quinney & Nebeker PC**
**Attn: Accts Receivable**
**P.O. Box 45385**
**Salt Lake City, UT 84145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Business debt**

Last 4 digits of account number **4021**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,207.00 |
|---|---|---|---|

**Real Aloe Solutions, Inc.**
**4616 W. Sahara Ave.**
**Suite# 425**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Business debt**

Last 4 digits of account number **3026**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,817.00 |
|---|---|---|---|

**RiceBran Technologies**
**PO Box 53597**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Business debt**

Last 4 digits of account number **1455**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,821.94 |
|---|---|---|---|

**Richard Barton Enterprises**
**4072 Chestnut St. 2nd Floor**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Packagin**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Food For Health International, LLC**
    Name

Case number (*if known*)    **18-23404**

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rocketship, Inc.**
c/o Randall B. Bateman, Durham Jones & P
111 South Main Street, Suite 2400
Salt Lake City, UT 84111

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,130.00 |
|---|---|---|---|

**Rocky Mountain Power**
Attn: Bankruptcy Team
P.O. Box 25308
Salt Lake City, UT 84125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **1540**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,467.00 |
|---|---|---|---|

**Ropers, Majeski, Kohn & Bentley**
1001 Marshall Street
Suite 500
Redwood City, CA 94063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1984**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,353.00 |
|---|---|---|---|

**Salt Lake County Assessor**
PO Box 410470
Salt Lake City, UT 84141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1556**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Silva International Inc.**
P.O. Box 6684
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1580**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Squire & Company PC**
1329 S. 800 East
Orem, UT 84097

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **1601**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304,771.00 |
|---|---|---|---|

**Stauber Performance Ingredient**
4120 N Palm Street
Fullerton, CA 92835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Product Costs**

Last 4 digits of account number  **1603**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Food For Health International, LLC** | | Case number (if known) | **18-23404** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,234.00** |
|---|---|---|---|
| | **Sterling Pallets, LLC**<br>**P.O. Box 430**<br>**West Jordan, UT 84084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3061** | Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,625.00** |
|---|---|---|---|
| | **Sully Enterprises, Inc.**<br>**1222 W. 10610 S.**<br>**South Jordan, UT 84095** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2098** | Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Sundance Debt Partners**<br>**1508 North Technology Way**<br>**Bldg G,  Suite 0100**<br>**Orem, UT 84097** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _ | |

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$638.00** |
|---|---|---|---|
| | **Sunland Nutrition**<br>**1150 N Red Gum St  Suite E**<br>**Anaheim, CA 92806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1783** | Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82,591.00** |
|---|---|---|---|
| | **Superfruit Source, LLC**<br>**11650 S. State Street**<br>**Unit 370**<br>**Draper, UT 84020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4000** | Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,908.00** |
|---|---|---|---|
| | **TES Equipemnt Supplier Inc.**<br>**245 S.Mountainlands Dr**<br>**Orem, UT 84058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1629** | Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$887.00** |
|---|---|---|---|
| | **Tharco**<br>**451 North 5600 West**<br>**Salt Lake City, UT 84116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1633** | Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
|---|---|---|---|
| | Name | | |

---

**3.127** | **Nonpriority creditor's name and mailing address**

**Titan Cold Storage**
**1911 South 900 West**
**Salt Lake City, UT 84101**

**Date(s) debt was incurred** _

**Last 4 digits of account number  2007**

**As of the petition filing date, the claim is:** Check all that apply.                                          $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**

**TR International, LLC**
**1048 Southerby Lane**
**Alpharetta, GA 30004**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3029**

**As of the petition filing date, the claim is:** Check all that apply.                                      $20,340.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address**

**Trafa Pharmaceutical Supplies, Inc.**
**142 Pleasant Street**
**Suite 102A**
**Easthampton, MA 01027**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4020**

**As of the petition filing date, the claim is:** Check all that apply.                                       $7,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address**

**Triple Dot Corporation**
**3302 S. Susan St.**
**Santa Ana, CA 92704**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3078**

**As of the petition filing date, the claim is:** Check all that apply.                                       $1,815.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address**

**U.S. Custom & Border Protection**
**6650 Telecom Drive, Suite 100**
**Indianapolis, IN 46278**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                   $1,441,462.33

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Tariff**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address**

**Unovo, LLC**
**1200 Harbour Way S. #215**
**Richmond, CA 94804**

**Date(s) debt was incurred** _

**Last 4 digits of account number  4033**

**As of the petition filing date, the claim is:** Check all that apply.                                     $107,650.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address**

**UPS**
**PO Box 894820**
**Los Angeles, CA 90189**

**Date(s) debt was incurred** _

**Last 4 digits of account number  1651**

**As of the petition filing date, the claim is:** Check all that apply.                                     $365,184.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Food For Health International, LLC** | Case number (if known) | **18-23404** |
|---|---|---|---|
| | Name | | |

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,250.00 |
|---|---|---|---|

**Valensa International**
2751 Nutra Lane
Eustis, FL 32726

Date(s) debt was incurred _

Last 4 digits of account number **1909**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.00 |
|---|---|---|---|

**Vivion Inc.**
929 Bransten Road
San Carlos, CA 94070

Date(s) debt was incurred _

Last 4 digits of account number **1678**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Waste Management of UT**
1820 East Sky Harbor Court South
Phoenix, AZ 85034-9700

Date(s) debt was incurred _

Last 4 digits of account number **1697**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,084.00 |
|---|---|---|---|

**WeiserMazars**
135 W 50 St
New York, NY 10020

Date(s) debt was incurred _

Last 4 digits of account number **2032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Daniel Moken**<br>**1105 Laurel Oak Rd, #136**<br>**Voorhees, NJ 08043** | Line **3.9**<br><br>☐ Not listed. Explain | _ |
| 4.2 | **David Leigh**<br>**36 South State Street, #1400**<br>**Salt Lake City, UT 84111** | Line **3.104**<br><br>☐ Not listed. Explain | **Premier** |
| 4.3 | **Lion Energy c/o Alexandra Salzman**<br>**DeKieffer & Horgan Law**<br>**1090 Vermont Ave NW #410**<br>**Washington, DC 20005** | Line **3.131**<br><br>☐ Not listed. Explain | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 65,595.58 |
| 5b. Total claims from Part 2 | 5b. + $ | 12,313,184.22 |

---

Debtor   **Food For Health International, LLC**                          Case number (if known)   **18-23404**
_____
Name

**5c. Total of Parts 1 and 2**                                                    5c.   $ _____ **12,378,779.80**
Lines 5a + 5b = 5c.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Food For Health International, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (if known) | **18-23404** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Everbank Commercial Finance Inc.** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   **Rent of premises located at 3250 W. Professional Circle, SLC, UT 84104**<br><br>State the term remaining   **to July of 2025**<br><br>List the contract number of any government contract | **Palmer Chicago Investment Company c/o SB Management Corporation 433 N. Camden Drive, Suite 800 Beverly Hills, CA 90210** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pawnee Leasing Corporation** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest   **Payroll, I-0, W-2, employment assistance**<br><br>State the term remaining   **Expires Nov. 2,2018**<br><br>List the contract number of any government contract | **Premier Employee Solutions PO Box 731107 Dallas, TX 75373** |

| Debtor 1 | **Food For Health International, LLC** | | | Case number *(if known)* | **18-23404** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Personnel Staffing** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | |
| | List the contract number of any government contract | | **Teamworks Professional Services, Inc.**<br>**4626 North 300 West, Suite 100**<br>**Provo, UT 84604** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Thermo Fisher Financial Services** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **US Bank Equipment Finance**<br>**PO Box 790448**<br>**Saint Louis, MO 63179** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Wells Fargo Equipment Finance**<br>**PO Box 7777**<br>**San Francisco, CA 94120** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Food For Health International, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **18-23404**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Lion Energy, LLC** | **825 E. 800 N.**<br>**Orem, UT 84097**<br>**Lion Energy has agreed to Indemnify FFHI** | **U.S. Custom &**<br>**Border Protection** | ☐ D _____<br>■ E/F _**3.131**_<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name **Food For Health International, LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) **18-23404**

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$12,404,006.68** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

---

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1.    **See Attached List** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Food For Health International, LLC** | Case number *(if known)* | **18-23404** |

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Choosy Chocolates, LLC**<br>**2255 S. 5370 W.**<br>**West Valley City, UT 84120** | **Garnishment** | **3/12/18** | **$41,784.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **One Hand Family Limited Partne vs. Food For Health International**<br>**170400281** | **Civil** | **Fourth District Court, State of Utah**<br>**Utah County, Provo Department**<br>**125 N 100 W**<br>**Provo, UT 84601** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **One Hand Family Limited Partne vs. Food For Health International**<br>**170100042** | **Civil** | **Fourth District Court, State of Utah,**<br>**Utah County, American Fork Department**<br>**75 E 80 N #202**<br>**American Fork, UT 84003** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Choosy Chocolates LLC vs. Food For Health International**<br>**170907178** | **Civil** | **Third District Court, State of Utah,**<br>**Salt Lake County, SLC Department**<br>**450 S State**<br>**Salt Lake City, UT 84111** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Food For Health International, LLC**                                                    Case number *(if known)* **18-23404**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Rocketship Inc. vs. Food For Health International**<br>**150400420** | **Civil** | **Fourth District Court, State of Utah**<br>**Utah County, Provo Department**<br>**125 N 100 W**<br>**Provo, UT 84601** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **American Express Travel Related Services Company, Inc vs. Food For Health International, LLC**<br>**657061/2017** | **Civil** | **Supreme Couth of the State of New York**<br>**County of New York** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **FFH v. Gobii**<br>**None** | **Potential claim agasint Gobii related to the Customs liability** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Alfasigma vs. Food for Health International, LLC; EBM Medical, LLC; Zachary T. Heard, IV; Jason W. Tomlinson; Richard Wickline; Jeffery M. Romano; Stepehn A. Smith; Brendan Costello; Russell V. Edwards**<br>**2:17-cv-07753-ILRL-KWR** | | **Eastern District of Louisiana**<br>**(New Orleans)**<br>**500 Poydras Street**<br>**New Orleans, LA 70130** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Palmer Chicago Investment Company v. Food For Health International, LLC**<br>**180902604** | **Unlawful Detainer** | **Third District Court, State of Utah,**<br>**Salt Lake County, SLC Department**<br>**450 S State**<br>**Salt Lake City, UT 84111** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Richard Barton Enterprises v. Food For Health International**<br>**1808098** | | **Superior Court of California**<br>**4050 Main Street**<br>**Riverside, CA 92501** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

<table><tr><td>Part 4:</td><td>Certain Gifts and Charitable Contributions</td></tr></table>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

<table><tr><td>Part 5:</td><td>Certain Losses</td></tr></table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Food For Health International, LLC** | Case number *(if known)* | **18-23404** |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McKay, Burton & Thurman**<br>**15 West South Temple, Suite 1000**<br>**Salt Lake City, UT 84101** | | **3/2018 - 5/2018** | **$75,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Traverse** | | | **$40,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**

| Debtor | **Food For Health International, LLC** | Case number *(if known)* | **18-23404** |

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Slavic Integrated Administration, Inc.,** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Food For Health International, LLC** | Case number *(if known)* | **18-23404** |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See Attached "Response to Question 21"** | | | **$0.00** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Food For Health International, LLC**                                                      Case number *(if known)*  **18-23404**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

| Name and address | Date of service<br>From-To |
|---|---|

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
    within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
    statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,
    loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Food For Health International, LLC**                                     Case number *(if known)*   **18-23404**

---

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Food For Health International, LLC**                                    Case number *(if known)*  **18-23404**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 25, 2018**

**/s/ Albert Altro**                                                **Albert Altro**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Restructing Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes